IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROCKY D. FROEMEL,

    Plaintiff,                    No. CIV S-11-3207 DAD P

    vs.

MATTHEW CATE, et al.,

    Defendants.             ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.[1]

DATED: March 19, 2012.

                                      /s/ Dale A. Drozd
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:kly/4
froe3207.59

---

[1] Plaintiff is cautioned that there is a two-year statute of limitations for § 1983 suits in California. See Jones v. Blanas, 393 F.3d 918, 927 (9th Cir. 2004); Maldonado v. Harris, 370 F.3d 945, 954–55 (9th Cir. 2004). However, California prisoners, serving a term of less than for life, are entitled to two-years of statutory tolling pursuant to California Code of Civil Procedure § 352.1(a). Johnson v. State of California, 207 F.3d 650, 654 (9th Cir. 2000). Moreover, that statute of limitations is tolled while a prisoner completes the administrative exhaustion process. See Brown v. Valoff, 422 F.3d 926, 943 (9th Cir. 2005).