IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROCKY D. FROEMEL,

      Plaintiff,                    No. 2:11-cv-03207-DAD P

     vs.

MATTHEW CATE, et al.,

      Defendants.            ORDER

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c). See Doc. No. 5. By order filed June 6, 2012, plaintiff's complaint was dismissed and twenty-eight days leave to file an amended complaint was granted. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: July 20, 2012.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
froe3207.fta

1